SAMUEL GORDON, Respondent, v. LINDLEY M. GARRISON, as Receiver of THE NASSAU ELECTRIC RAILROAD COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to appellant to abide the event on the ground that the verdict is against the weight of the evidence. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

ELEANOR E. MARSHALL, Respondent, v. ALBERT MILLER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

ISAAC AMENT, Doing Business under the Firm Name and Style of I. AMENT Co., Appellant, v. FANIS ZAHARIOU and Others, Copartners, etc., Defendants, Impleaded with STEPHEN COUFOS, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

KATHRYN L. POWERS, Respondent, v. RAY M. POWERS, Appellant.— Judgment affirmed, with costs. No opinion. Present— Dowling, Merrell, Finch, McAvoy and Burr, JJ.

NINA H. PEABODY, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and orders affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.; Burr, J., dissents and votes to reverse judgment and orders and deny motion for summary judgment.

In the Matter of BENJAMIN WAXENBERG, an Attorney.— Reference ordered to Hon. M. Warley Platzek, official referee. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

In the Matter of EUGENE F. McGEE, an Attorney.— Motion denied. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

In the Matter of THOMAS P. McKENNA, an Attorney.— Motion denied. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

In the Matter of THOMAS P. McKENNA, an Attorney.— Motion denied and stay vacated. Settle order on notice. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.

CHARLSID REALTY Co., INC., v. BELJAY REALTY HOLDING CORPORATION, Impleaded, etc.— Motion denied and stay vacated, with leave to respondent to renew motion after determination of the motion made by plaintiff to be relieved from stipulation now pending at Special Term. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ELIZABETH SERVIS v. JOSEPH POLSTEIN.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure appellant's points to be filed on or before April 16, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

OTTO TIMME, Trading, etc., v. LEO STEINFELD and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before April 22, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HENRY S. ROCHELLE v. LOUIS BERLOWITZ.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal and appellant's points to be filed so appeal can be argued on or before April 28, 1925. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE S. C. BECKWITH SPECIAL AGENCY v. ROSSLYN M. COX.— Motion to dismiss appeal granted, unless appellant procure appellant's points to be served